IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JIMMY D. HENSON                                                            PLAINTIFF

vs.                              Civil No. 3:07-cv-03004

MICHAEL J. ASTRUE                                           DEFENDANT
Commissioner, Social Security Administration

## **ORDER**

Pending now before this Court is Plaintiff's Application for Attorney's Fees under the Equal Access to Justice Act ("EAJA"). (Doc. No. 12). In this Application, Plaintiff requests an award of paralegal fees at an hourly rate of $75.00. (Doc. No. 12). Defendant responded to this Application and objected to the hourly rate Plaintiff requested for paralegal fees. (Doc. No. 14). Defendant claims that Plaintiff is only entitled to paralegal fees at an hourly rate of $65.00, not at an hourly rate of $75.00. (Doc. No. 14).

Pursuant to the recent United States Supreme Court decision *Richlin Security Service Company v. Chertoff,* No. 06-1717 (U.S. decided June 2, 2008), a prevailing party who satisfies EAJA's other requirements may recover his or her paralegal fees from the Government **at prevailing market rates**. In the present action, Plaintiff has not submitted any evidence establishing the prevailing market rates for paralegal fees. **In order to recover the requested paralegal fees, Plaintiff is directed to file with this Court evidence (*e.g.,* an affidavit of counsel) of the prevailing market rates for paralegal fees. Plaintiff is directed to file this evidence within ten (10) days of this Order.**

ENTERED this **11th Day of June, 2008.**

                                                                     /s/   Barry A. Bryant
                                                                     HON. BARRY A. BRYANT
                                                                     U.S. MAGISTRATE JUDGE